# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1957

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Ricky L. Jackson, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: November 10, 1999

Filed: November 18, 1999

_____

Before McMILLIAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

On direct appeal of his conviction after a jury trial for conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846, Ricky Jackson challenges evidentiary rulings made at trial, as well as the sufficiency of the evidence to support his conviction. We have carefully reviewed Jackson's arguments and find them to be without merit. We therefore affirm the district court[1] without further discussion. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard Webber, United States District Court for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.